IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| SHANON D. JOHNSON | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:19cv651 |
| | ) |
| HBL, LLC | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Shanon D. Johnson and Defendant HBL, LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Shanon D. Johnson and Defendant HBL, LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against HBL, LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with attorneys' fees and court costs to be paid by the party incurring same.

SO ORDERED on this 22<sup>d</sup> day of January, 2020

_____
T.S. Ellis, III
United States District Judge